LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| CASSIDY MARSH, on behalf of himself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>*Defendant(s)*. | Case No.: 2:18-cv-04944-R-E<br><br>**ORDER GRANTING JOINT STIPULATION FOR PROTECTIVE ORDER AND FEDERAL RULE OF EVIDENCE 502(D) AND (E) CLAWBACK ORDER**<br><br>Hon. Manuel L. Real<br>U.S. District Judge<br>Roybal, Courtroom 880 |

# **ORDER**

Good cause appearing therefor, the Court hereby **GRANTS** the Parties' Joint Stipulation for Protective Order and Federal Rule of Evidence 502(d) and (e) Order ("Protective Order") and **HEREBY ORDERS** that the above Protective Order is entered and approved by the Court for use in the above-captioned case.

Dated: July 16, 2018

HON. MANUEL REAL
U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

ORDER GRANTING STIPULATED PROTECTIVE ORDER

CASE NO.: 2:18-CV-04944-R-E