1  DAVID SPIVAK (SBN 179684)
   david@spivaklaw.com
2  CAROLINE TAHMASSIAN (SBN 285680)
   caroline@spivaklaw.com
3  THE SPIVAK LAW FIRM
   16530 Ventura Boulevard, Suite 312
4  Encino, CA  91436
   Telephone:   (818) 582-3086
5  Facsimile:    (818) 582-2561

6
   WALTER HAINES (SBN 71075)
7  whaines@uelglaw.com
   UNITED EMPLOYEES LAW GROUP
8  5500 Bolsa Ave, Suite 201
   Huntington Beach, CA 92649
9  Telephone:   (562) 256-1047
   Facsimile:    (562) 256-1006
10
   Attorneys for Plaintiff
11 CASSIDY MARSH, and all others similarly situated

12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

| 15 | CASSIDY MARSH, on behalf of himself, and all others similarly situated and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004, | Case No. 2:18-CV-04944 R (Ex) |
|---|---|---|
| | | **NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| | Plaintiff(s), | Date:  February 4, 2019<br>Time:  10:00 a.m.<br>Ctrm:  880<br>Judge: Manuel L. Real |
| | v. | |
| | THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive, | Trial Date: None Set |
| | Defendant(s). | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 4, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 880 of the above-entitled court, located at 255 East Temple Street, Los Angeles, California 90012, Plaintiff Cassidy Marsh ("Plaintiff") will and hereby does move this Court for an order: (1) preliminarily approving the Stipulation and Class Action Settlement Agreement; (2) preliminarily granting class certification of the Classes solely for settlement purposes pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"); (3) preliminarily appointing David Spivak and Caroline Tahmassian of The Spivak Law Firm and Walter Haines of the United Employees Law Group as Class Counsel; (4) preliminarily appointing Plaintiff Cassidy Marsh as class representative; (5) approving the use of the proposed Notice procedures; (6) directing that Notice be mailed to the proposed Classes via first class U.S. mail; and (7) scheduling a date for the Final Approval Hearing, pursuant to Plaintiff's motion for final approval of class action settlement.

This Motion is made on the following grounds: (1) the Classes meet all the requirements for class certification for settlement purposes only under Federal Rule of Civil Procedure 23; (2) Plaintiffs and their counsel are adequate to represent the Classes for settlement purposes only; (3) the Settlement reflects a fair, adequate, and reasonable compromise of all disputed claims in view of Defendant's potential liability exposure as compared against the risks of continued litigation; (4) the proposed Notice procedures adequately apprise Class Members of their rights under the Settlement and fully comport with due process; and (5) in view of the foregoing, Notice should be disseminated to Class Members and a hearing date for Plaintiff's motion for final approval of class action settlement should be set.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declarations of David Spivak and Walter Haines, all papers and pleadings on file with the Court in this action, all matters

1  judicially noticeable, and on such oral and documentary evidence as may be presented
2  in connection with the hearing on the Motion.

          Respectfully submitted,

                                        THE SPIVAK LAW FIRM


Dated: November 28, 2018              By__/s/ David Spivak_____
                                        DAVID SPIVAK
                                        CAROLINE TAHMASSIAN
                                        Attorneys for Plaintiff,
                                        CASSIDY MARSH