DAVID G. SPIVAK (SBN 179684)
   david@spivaklaw.com
CAROLINE TAHMASSIAN (SBN 285680)
   caroline@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Ste 203
Encino, CA 91436
Telephone (818) 582-3086
Facsimile (818) 582-2561

Attorneys for Plaintiff,
CASSIDY MARSH, and all others similarly situated
(additional attorneys listed on next page)

### IN THE UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CASSIDY MARSH, on behalf of himself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>      *Plaintiff(s)*,<br><br>      vs.<br><br>THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>      *Defendant(s)*. | Case No.: 2:18-cv-04944-R-E<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   July 1, 2019<br>Time:  10:00 a.m.<br>Ctrm:  880<br>Judge: Manuel L. Real<br><br>Trial Date: None Set |



Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

1

*Marsh v. The Procter & Gamble Paper Products Company, et al.*
FIRMWIDE:164649939.2 097824.1001

Notice of Motion and Motion for Final Approval of Class Action Settlement

# **ADDITIONAL ATTORNEY FOR PLAINTIFF**

WALTER HAINES (SBN 71075)
walter@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 1, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 880 of the above-entitled court, located at 255 East Temple Street, Los Angeles, California 90012, Plaintiff Cassidy Marsh ("Plaintiff") will and hereby does move this Court for an order: (1) finally approving the Stipulation and Class Action Settlement Agreement; (2) confirming the certification of the Classes solely for settlement purposes pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"); (3) confirming the appointment of David Spivak of The Spivak Law Firm and Walter Haines of the United Employees Law Group as Class Counsel; (4) confirming the appointment of Plaintiff as class representative; (5) granting final approval to a Service Award of $15,000 to Plaintiff in recognition of his services as class representative; (6) granting final approval to a Fees Award in the amount of $216,666 for attorneys' fees to Class Counsel; (7) granting final approval to a Costs Award of $9,992.44 in actual litigation costs to Class Counsel; (8) granting final approval to a payment of $7,000 to Simpluris, Inc. for its services as the Settlement Administrator; (9) granting final approval to an allocation of $20,000 to PAGA claims for civil penalties under the Labor Code Private Attorneys General act of 2004, Labor Code §§ 2698, *et seq.* ("PAGA Award"), of which $15,000 will be paid to the Labor and Workforce Development agency ("LWDA") and $5,000 of which will be included within the Net Distribution Fund to be made available for distribution to Class Members; and (10) directing that [Proposed] Final Approval Order and Final Judgment submitted herewith be entered as called for under the Settlement.

///
///
///
///
///


SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

*Marsh v. The Procter & Gamble Paper Products Company, et al.*
FIRMWIDE:164649939.2 097824.1001

Notice of Motion and Motion for Final Approval of Class Action Settlement

"Class Members" are those current and former employees who comprise the 8 Hour Class and/or the 12 Hour Class (defined below) and who do not opt out of the Settlement:

- **The 8 Hour Class**. The 8 Hour Class is defined as all current and former hourly, non-exempt employees who were employed by The Procter & Gamble Paper Products Company in California at any time from April 10, 2014 through February 1, 2019, who were regularly scheduled to work 8 hour shifts.

- **The 12 Hour Class**. The 12 Hour Class is defined as all current and former hourly, non-exempt employees who were employed by The Procter & Gamble Paper Products Company in California at any time from April 10, 2014 through February 1, 2019, who were regularly scheduled to work rotating 12 hour night/day shifts.

A member of one of these Classes may also be a member of the other Class. To the extent putative Class Members are members of both the 8 Hour Class and the 12 Hour Class, their proportionate payout will depend on the number of weeks worked in each Class.

This Motion is made on the following grounds that: (1) the Classes meet all the requirements for class certification for settlement purposes only under Federal Rule of Civil Procedure 23; (2) Plaintiff and his counsel are adequate to represent the Classes for settlement purposes only as required by Rule 23(a)(4) and (g); (3) the Settlement reflects a fair, adequate, and reasonable compromise of all disputed claims in view of Defendant's potential liability exposure as compared against the risks of continued litigation; (4) the notice process performed by the Settlement Administrator comports with all relevant due process requirements and Rule 23(c)(2)(B) requirements; and (5) based on the foregoing, the [Proposed] Final Approval Order and Final Judgment submitted herewith should be entered.

The Motion is based on this Notice of Motion and Motion, the attached

4

SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

*Marsh v. The Procter & Gamble Paper Products Company, et al.*
FIRMWIDE:164649939.2 097824.1001

Notice of Motion and Motion for Final Approval of Class Action Settlement

1  Memorandum of Points and Authorities, the Declarations of David Spivak, Walter
2  Haines, Cassidy Marsh, and Cassandra Cita, all papers and pleadings on file with
3  the Court in this action, all matters judicially noticeable, and on such oral and
4  documentary evidence as may be presented in connection with the hearing on the
5  Motion.

6       Respectfully submitted,

                           THE SPIVAK LAW FIRM

Dated: June 3, 2019         By /s/ David Spivak
                                DAVID SPIVAK
                                CAROLINE TAHMASSIAN
                                Attorneys for Plaintiff, CASSIDY
                                MARSH, and all others similarly situated



Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

*Marsh v. The Procter & Gamble Paper Products Company, et al.*    Notice of Motion and Motion for Final Approval of Class Action Settlement
FIRMWIDE:164649939.2 097824.1001